IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT A. KIRCHOFF, STACEY M. LEACH, COLLECTION BUREAU SERVICES, INC., WESTERN BUILDING CENTER, INC., and FLATHEAD COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 19–169–M–DWM<br><br>ORDER |

Plaintiff United States having filed an unopposed motion to dismiss pursuant to Rule 41(a)(1),

IT IS ORDERED that the motion (Doc. 35) is GRANTED. The above-captioned cause is DISMISSED WITHOUT PREJUDICE. All pending motions are MOOT and all deadlines are VACATED.

DATED this 17th day of August, 2021.

Donald W. Molloy, District Judge
United States District Court